UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, on behalf of himself and all others similarly situated,

        Plaintiffs,

- against -

JIGSAW USA INC.,

        Defendant.

**ORDER**

19 Civ. 6297 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the show cause hearing in this action scheduled for January 2, 2020 is adjourned sine die.

Dated: New York, New York
       January 2, 2020

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge